UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Youssef M. Attie,<br>A 46-960-503<br>    Petitioner,<br><br>v.<br><br>Ruth Dorochoff, District Director,<br>USCIS; Commissioner USCIS;<br>and Michael Chertoff,<br>Director of Homeland Security,<br><br>Respondents | NO.<br><br>07CV6349<br>JUDGE GRADY<br>MAG.JUDGE ASHMAN<br><br>FILED<br>NOV 08 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiffs, Youssef M. Attie, by and through his attorney, Isuf Kola of Kola & Associates, Ltd and state as follows:

STATEMENT OF ACTION

1. This action is brought to compel action on an Application for Naturalization ("N-400") properly filed with the United States Citizenship and Immigration Service (USCIS) in Chicago by the Plaintiff. To the Plaintiff's detriment, Defendants have failed to adjudicate the application.

## PARTIES

2. The Plaintiff is a permanent resident of the United States and has been a permanent resident for more than five (5) years. Youssef M. Attie filed a N-400 on May 23, 2005, seeking to become a citizen of the United States. (See attached Exhibit A)

3. The Defendant Michael Chertoff, Director of Homeland Security, is being sued in his official capacity only.

4. Defendant Ruth Dorochoff, the District Director of the Chicago USCIS, is being sued in her official capacity only. The District Director is charged with supervisory authority over all of the Chicago USCIS operations and USCIS agents and officers acting in their official capacities

## JURISDICTION

5. This Court has original jurisdiction to hear both civil actions under the law of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. Section 1331; 28 U.S.C. Section 1261. This Court also has jurisdiction to grant declaratory relief under 28 U.S.C. Section 2201-2202.

6. This action is brought to compel the defendants to perform the duties arising under the laws of the United States.

7. This Court has jurisdiction to hear all actions arising from claims that an agency or officer or employee of a government agency failed to act in its

official capacity and the person to whom the duty was owned suffered a legal wrong. 5 U.S. C. Section 702.

8. This action invokes the Plaintiffs' right of due process under the fifth amendment of the United States Constitution, over which jurisdiction is conferred on this Court.

9. This action is brought due to the repeated failure of the Defendants to perform their duty to adjudicate the Plaintiff's N-400 application within a reasonable amount of time. Failure to adjudicate said application resulted in harm to the Plaintiff.

10. Jurisdiction over adjudication matters is conferred of federal courts when the USCIS refuses to adjudicate N-400s.

11. The Illegal Immigration Reform and Immigration Responsibility Act of 1996 ("IIRIRA") does not divest this Court of Jurisdiction because the Plaintiff is not seeking a review of a denial; he is seeking to have his application adjudicated, which is among the duties conferred on the Defendants by Congress. Ildir. V. INS, 166 F. Supp. 2d 1250, 1256 (N.D.ILL 2001).

12. Venue lies with this Court under 218 U.S.C. Section 1291(e). This is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to the Plaintiff's claim

occurred.

13. Plaintiff's Application for Naturalization was properly filed and, to Plaintiff's knowledge, remains pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

14. Plaintiff has exhausted all administrative remedies. Plaintiff attended an interview for Naturalization on November 9, 2005 and was informed that he successfully passed the English and U.S. history requirement of the process. The interviewer informed the Petitioner that certain background check had not been completed by this time. (See attached Exhibit B)

15. That the Plaintiff has repeatedly sought updates on his case and to date the Defendants have failed to update the Plaintiff or adjudicate his case. (See attached Exhibit C)

## CAUSE OF ACTION

16. Plaintiff's N-400 application was filed on May 23, 2005 with the USCIS (See attached Exhibit A).

17. Plaintiff was interviewed on November 9, 2005 (See attached Exhibit B). During said interview the Plaintiff passed all statutory requirements in order become a Naturalized citizen of the United States.

18. Defendants have had every opportunity to adjudicate Plaintiff's application.

19. Plaintiff has been deeply prejudiced by the failure of the Defendants to act in accord with their legal duties.

    a. Plaintiff has been denied his right to become a citizen of the United States and all of the privileges that it entails, such as voting and petitioning other family member.

    b. Plaintiff has had to expend money in order to adjudicate this matter.

    c. Plaintiff has been denied the opportunity to have a final resolution of his application. Specifically, Plaintiff does not know whether Mr. Attie will be granted citizenship in the United States.

20. Defendant's delay in processing the application has deprived the Plaintiff of his right to due process under the law as provided by the fifth amendment of the United States Constitution.

21. Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. Section 701, are unlawfully withholding and unreasonably delaying action on Plaintiff's application and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

WHEREFORE, Plaintiffs request that this Honorable Court enter an order:

(a)   Requiring Defendants to adjudicate Plaintiff's application for Naturalization (N-400).

(b)  Awarding Plaintiff reasonable attorney's fees under 28 U.S.C. Section 2412 for failure to perform their duties within a reasonable amount of time; and

(c)  Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,
Kola & Associates, LTD

By: _____
    Isuf Kola

Kola & Associates, LTD
800 Roosevelt Rd. Building B Suite 110
Glen Ellyn, IL 60137
Tel.  630-790-6100
Fax.  630-790-6104

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>May 27, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 046 960 503 |
| APPLICATION NUMBER<br>LIN*000785768 | RECEIVED DATE<br>May 23, 2005 | PRIORITY DATE<br>May 23, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
YOUSSEF MTANOS ATTIE
# 310
4908 BUTTERFIELD RD
HILLSIDE IL 60162

PAYMENT INFORMATION:

Single Application Fee:     $390.00
Total Amount Received:      $390.00
Total Balance Due:            $0.00

.ll..ll.....ll.ll....l.l

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:           September 22, 1972
Address Where You Live:  4908 BUTTERFIELD RD # 310
                         HILLSIDE IL 60162

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

**IMPORTANT NOTICE:**    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000737062

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: ___046-960-503___

On ___NOV 0 9 2005___, you were interviewed by USCIS officer ___McLAREN___

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___✓___ **A decision cannot yet be made about your application.**

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

BACKGROUND CHECK PENDING

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.



**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Tuesday, July 31, 2007

YOUSSEF M ATTIE
4908 BUTTERFIELD RD, # 310
HILLSIDE IL 60162

Dear YOUSSEF M ATTIE:

On 07/30/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000785768 |
| **Beneficiary (if you filed for someone else):** | ATTIE, YOUSSEF |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Thursday, January 11, 2007

YOUSSEF ATTIE
4908 BUTTERFIELD RD #310
HILLSIDE IL 60162

Dear YOUSSEF ATTIE:

On 01/11/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 05/23/2005 |
| **Receipt #:** | LIN*000785768 |
| **Beneficiary (if you filed for someone else):** | ATTIE, YOUSSEF |
| **Your USCIS Account Number (A-number):** | A046960503 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Typographical Error |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

1-2-2-6-1-#-1-3-3-1-

U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605



**U.S. Citizenship and Immigration Services**

Tuesday, December 19, 2006

YOUSSEF M ATTIE
4908 BUTTERFIELD RD, # 310
HILLSIDE IL 60162

Dear YOUSSEF M ATTIE:

On 12/12/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000785768 |
| **Beneficiary (if you filed for someone else):** | ATTIE, YOUSSEF, M |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604

# U.S. Citizenship and Immigration Services

Monday, June 12, 2006

YOUSSES ATTIE
4908 BUTTERFIELD RD
APT 310
HILLSIDE IL 60162

Dear YOUSSES ATTIE:

On 06/08/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 05/01/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ATTIE, YOUSSES |
| **Your USCIS Account Number (A-number):** | A046960503 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 06-12-2006 10:56 AM EDT

U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604



**U.S. Citizenship and Immigration Services**

Thursday, March 23, 2006

YOUSSEF ATTIE
4908 BUTTERFIELD RD
APT 310
HILLSIDE IL 60162

Dear YOUSSEF ATTIE:

On 03/20/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 05/12/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | ATTIE, YOUSSEF |
| **Your USCIS Account Number (A-number):** | A046960503 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Youssef M. Attie,<br>A 46-960-503<br>            Petitioner,<br><br>v.<br><br>Ruth Dorochoff, District Director,<br>USCIS; Commissioner USCIS;<br>and Michael Chertoff, Director of<br>Homeland Security,<br><br>            Respondents | )<br>)<br>)  NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Notice of Filing

TO:    Office of the Assistant U.S. Attorney    Attorney Deborah Gordon
         U.S. Department of Justice                   USCIS
         219 S. Dearborn, 5th Floor                    101 Congress Parkway 5th Fl.
         Chicago, IL 60604                                 Chicago, IL 60605

PLEASE TAKE NOTICE that on November 8th 2007, Plaintiffs filed with the District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus, a copy of which was delivered to your office on November 8th 2007.

*Isuf Kola*

## Certificate of Service

The undersigned attorney certifies that he caused this Notice and all attachments to be served upon the above addressees by personal service by 5:00 P.M. on November 8th 2007

Isuf Kola

Kola & Associates, LTD
800 Roosevelt Rd. Building B Suite 110
Glen Ellyn, IL 60137
Tel.   630-790-6100
Fax.  630-790-6104