UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
**Youssef M. Attie,**            )
    **A 46-960-503**       )
        **Petitioner,**     )     NO. 07 C 6349
                                   )
                   **v.**           )
**Ruth Dorochoff, District Director,**   )
**USCIS; Commissioner USCIS;**           )
**and Michael Chertoff,**                )
**Director of Homeland Security,**       )
                                   )
        **Respondents**       )
_____  )

**VOLUNTARY DISMISSAL OF COMPLAINT FOR WRIT OF MANDAMUS**

    **NOW COMES** the Plaintiff, Youssef M. Attie, by and through his attorney, Isuf Kola of Kola & Associates, Ltd and voluntarily withdraw his Complaint for Writ of Mandamus.

                                                 Respectfully submitted,
                                                 Kola & Associates, LTD

                         By:    /s/ Isuf Kola
                                  Isuf Kola

Kola & Associates, Ltd.
800 Roosevelt Rd., Building B Suite 110
Glen Ellyn, IL 60137
Tel. 630-790-6100
Fax. 630-790-6104

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that on February 3, 2008, I electronically filed the foregoing with the clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
Mrs. Stacy Dezsi
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

                                          Respectfully submitted,
                                          Kola & Associates, LTD

                By:    /s/ Isuf Kola
                           Isuf Kola

Kola & Associates, Ltd.
800 Roosevelt Rd., Building B Suite 110
Glen Ellyn, IL 60137
Tel. 630-790-6100
Fax. 630-790-6104