UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| **Youssef M. Attie,** ) | |
|     A 46-960-503 ) | |
|            **Petitioner,** ) | NO. 07 C 6349 |
| ) | |
|            **v.** ) | |
| **Ruth Dorochoff, District Director,** ) | |
| **USCIS; Commissioner USCIS;** ) | |
| **and Michael Chertoff,** ) | |
| **Director of Homeland Security,** ) | |
|            **Respondents** ) | |
| _____ ) | |

### Notice of Motion

PLEASE TAKE NOTICE that on February 3, 2008, Plaintiff filed with the District Court for the Northern District of Illinois a Motion to Voluntary Dismiss the Complaint for Writ of Mandamus, a copy of which was delivered to your office via CM/ECF.

                                                  /s/ Isuf Kola
                                                    Isuf Kola

### Certificate of Service

I, the undersigned attorney, hereby certify that on February 3, 2008, I electronically filed the foregoing with the clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
Mrs. Stacy Dezsi
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

                                                      /s/ Isuf Kola
                                                      Isuf Kola

Kola & Associates, LTD
800 Roosevelt Rd. Building B Suite 110
Glen Ellyn, IL 60137
Tel.    630-529-8900
Fax.   630-790-6104